NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS A. BERTHIAUME,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2024-1356

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-3163, Senior Judge William P. Greene, Jr.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Thomas A. Berthiaume moves for the court to enter a judgment of affirmance without opinion pursuant to Federal Circuit Rule 36(a) for the reasons laid out in his motion.

2                                                      BERTHIAUME v. COLLINS

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appeal is summarily affirmed. No costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 7, 2025
    Date